ANDREW E. BAKOS        (SBN 151250)
DENNIS B. HILL         (SBN 218131)
ANDREW E. BAKOS & ASSOCIATES, P.C.
1420 River Park Drive, Suite 110
Sacramento, California 95815
Tel: (916) 649-0208
Fax: (916) 649-0941

Attorneys for Plaintiffs ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T. B. HANKINS and AARON P. HANKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T. B. HANKINS and AARON P. HANKINS,<br><br>Plaintiffs,<br><br>vs.<br><br>HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA, a Delaware corporation and MAUI BOAT CO. a Delaware corporation,<br><br>Defendants. | Case No.:<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>(Compensatory Damages)<br><br>1. Admiralty and Maritime Personal Injuries and Loss of Consortium<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs allege as follows:

### JURISDICTION AND VENUE

1. Plaintiffs ROSE BALDWIN ("ROSE"), MICHAEL BALDWIN, SHANDLE T. B. HANKINS and AARON P. HANKINS, individuals, were and are at all relevant times mentioned herein citizens of Yuba County, in the State of California.

2. At all relevant times, defendant HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA ("HYATT") was and is a Delaware

FIRST AMENDED COMPLAINT FOR DAMAGES - 1

corporation licensed to conduct business in the State of Hawaii, and is transacting business in the State of Hawaii. HYATT is a citizen of the state of Delaware and a citizen of the state of Illinois.

3. At all relevant times, defendant MAUI BOAT CO. was and is a Delaware corporation licensed to conduct business in the State of Hawaii, and is the owner of the passenger vessel M/S KIELE V, within the meaning of 46 U.S.C. § 186, and is transacting business in the State of Hawaii.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. section 1333 which provides original jurisdiction to the United States District Court of any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they may be entitled.

5. Jurisdiction is also proper in this Court pursuant to 28 U.S.C. section 1332 in that the amount in controversy exceeds, exclusive of interest and costs, $75,000 and no party has the same state of citizenship.

6. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. section 1391(b).

**GENERAL ALLEGATIONS**

7. At all relevant times, defendants, and each of them, were the agents and employees of each of the defendants, and were at all times acting within the purpose and scope of said agency and employment, and each defendant has ratified and approved the acts of his agent.

8. At all relevant times hereto, HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA was the owner/operator, or in the

possession of M/S KIELE V, O.N. 628114, and manned, victualed and navigated said vessel for HYATT'S hotel business in Maui, Hawaii and MAUI BOAT CO. was the owner/operator of the passenger vessel M/S KIELE V, O.N. 628114.

9. On February 13, 2006, ROSE, with her family, was a passenger and commercial invitee on KIELE V for a snorkeling and tour day trip. Upon returning to the beach, defendants instructed ROSE to exit the stairs of the KIELE V into the surf. In doing so ROSE fell and was forced under the water and was battered back and forth against the metallic ladder and the KIELE V. ROSE suffered, and continues to suffer, from severe, debilitating injuries caused by this incident.

10. ROSE was taken to the hospital and was released in a neck brace and was required to stay in a wheel chair during the remainder of her family's vacation. ROSE could not participate in many other family activities planned for the vacation.

11. Since ROSE was injured, MICHAEL BALDWIN has suffered from a loss of consortium in that ROSE has been physically unable to interact and engage in activities with or for her husband.

12. The following plaintiffs, SHANDLE T. B. HANKINS and AARON P. HANKINS, ROSE's daughter and son, respectively, were located near the scene of the accident and suffered shock, anxiety and anger, as well as such bodily reactions as faster pulse rate, rise in blood pressure and such consequent conditions as loss of sleep, nervousness, anxiety and emotional distress as a direct result of the emotional impact upon each of them from the sensory and contemporaneous observance of the accident and therefore suffered emotional distress.

## FIRST CAUSE OF ACTION

### (Negligence)

13. Plaintiffs refer to paragraphs 1 through 11 and incorporate those paragraphs as though set forth in full in this cause of action.

14. Defendants so tortuously and negligently managed their persons, property and business in such a fashion which breached duties of care owed to plaintiffs and thereby proximately caused actual loss, injury, general and special damages to plaintiffs.

15. Defendants negligence includes, but is not limited to, the following acts: defendants failed to (a) inspect, maintain, equip and operate the KIELE V; (b) provide a competent and adequate crew to assist and instruct ROSE in exiting the KEILE V; (c) warn passengers, including but limited to ROSE, of the rough seas and how to exit the KEILE V; (d) properly assist and instruct ROSE in exiting the KIELE V; and, (e) provide proper safety equipment to assist passengers, including but not limited to ROSE, exiting the KIELE V.

16. ROSE BALDWIN suffered injuries to her head, neck, back, arm, leg and other parts of her mind and body resulting in pain and suffering, disability, disfigurement, mental anguish, mental impairment, loss of capacity for the enjoyment of life, medical expenses and loss of income and earning capacity.

17. MICHAEL BALDWIN has suffered a loss of consortium. MICHAEL BALDWIN has also suffered a loss of income and earning capacity as a proximate cause of the injuries sustained by ROSE. Plaintiffs have also lost the value of their family vacation and other incidental expenses.

18.   Plaintiffs SHANDLE T. B. HANKINS and AARON P. HANKINS suffered emotional distress as a direct and proximate result of witnessing the catastrophic injuries sustained by their mother ROSE from the negligence of the defendants, and each of them.

### PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for judgment against defendants as follows:

A. For general damages according to proof but in excess of the jurisdictional limits of the Court;

B. For special damages according to proof;

C. For emotional distress damages according to proof;

D. For prejudgment interest in accordance with admiralty law;

E. For costs of suit herein; and

F. For such other and further relief as the Court may deem just and proper.

Dated this February 10, 2009

*/s/ Andrew E. Bakos*
Andrew E. Bakos, Attorney for Plaintiffs ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T. B. HANKINS and AARON P. HANKINS