IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T. B. HANKINS and AARON P. HANKINS<br><br>　　　　Plaintiffs,<br>　　v.<br><br>HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA, a Delaware corporation, and MAUI BOAT CO., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 2:09-cv-00161-JAM-DAD<br><br><br><br>RELATED CASE ORDER |
| In the matter of HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA, a Delaware corporation, as *pro hac vice* owner, and MAUI BOAT CO., a Delaware corporation, as owner of M/S KIELE V, O.N. 628114, for exoneration from or limitation of liability. | Case No. 2:09-cv-01220-FCD-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of E.D. Cal. Local Rule 83-123. Accordingly, the assignment of the matters to the

same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:09-cv-01220-FCD-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:09-cv-01220-JAM-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: May 7, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE