1  PETER A. LINDH  (061907)
   MARKER E. LOVELL, JR. (208659)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California  94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001
   Email: plindh@gibsonrobb.com
5        mlovell@gibsonrobb.com

6  Attorneys for Defendants
   HYATT CORPORATION dba
7  HYATT REGENCY MAUI RESORT & SPA,
   and MAUI BOAT CO.

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  ROSE BALDWIN, MICHAEL BALDWIN, )   Case No.  2:09-cv-00161-JAM-DAD
    SHANDLE T.B. HANKINS and AARON  )
13  HANKINS,                        )
                                    )
14        Plaintiffs,               )   **STIPULATION AND ORDER TO REVISE**
                                    )   **SCHEDULING ORDER**
15        v.                        )
                                    )
16  HYATT CORPORATION dba HYATT     )
    REGENCY MAUI RESORT & SPA, a    )
17  Delaware corporation, and MAUI BOAT )
    CO., a Delaware corporation,    )
18                                  )
          Defendants               )
19  _____)

20        HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA and MAUI

21  BOAT CO., by and through their counsel of record, Gibson Robb & Lindh LLP, and plaintiffs

22  ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B. HANKINS and AARON

23  HANKINS, by and through their counsel of record, Andrew E. Bakos & Associates, P.C., hereby

24  enter into the below stipulation to continue pretrial discovery dates in this matter.

25        This stipulation is made in consideration of the fact that the parties have been actively

26  engaged in discovery including extensive written discovery and depositions.  In fact, three

27  sessions of plaintiff ROSE BALDWIN's deposition have been completed, but given her mental

28  and physical condition she is unable to sit for a sustained period of time requiring her deposition

STIPULATION AND [PROPOSED] ORDER TO REVISE SCHEDULING ORDER
Case No.2:09-cv-00161-JAM-DAD; Our File No. 8002.47

1   to be completed in multiple sessions and at least one more session will be required to complete

2   her deposition.  Additionally, several depositions of Hyatt personnel have been completed in

3   Maui, Hawaii, and several more depositions will be necessary.  Further, given the nature of this

4   case, additional witnesses have been located in several states, including without limitation,

5   Oklahoma, Massachusetts, Hawaii and Idaho requiring extensive travel to complete those

6   depositions.  Until these depositions are complete, the parties will not have the foundational

7   information necessary to have their experts prepare the necessary reports. Additionally, the

8   parties want to prudently use their resources and wish to mediate this matter by mid-February

9   2011 and wish to complete mediation before spending their valuable resources on expert

10  depositions and the depositions of the numerous medical providers who have treated plaintiff

11  Rose Baldwin.   It is also important to note that while this case was initially filed on January 12,

12  2009, it was stayed for more than a year while the related maritime limitation of liability case

13  was pending further delaying the discovery in this case.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1      Based on the foregoing, the parties submit that there is good cause to continue all

2   discovery dates by at least 90 days resulting in a late February 2011 expert disclosure date and

3   discovery cut off in March 2011 and that discovery and motion deadlines should be reset to

4   correspond to these dates.  In that vein, the parties have stipulated that the Court's prior

5   scheduling order may be amended as set forth below.

6

7   Dated: December 3, 2010                    ANDREW E. BAKOS & ASSOCIATES, P.C.

8

9                                              By:_____
                                                   Andrew E. Bakos, Esq.
10                                                 Dennis B. Hill, Esq.
                                                   Attorneys for Claimants
11                                                 ROSE BALDWIN, MICHAEL BALDWIN,
                                                   SHANDLE T.B. HANKINS and AARON
12                                                 HANKINS

13

14  Dated: December 3, 2010                    GIBSON ROBB & LINDH LLP

15

16                                             By:_____
                                                   Marker E. Lovell, Jr.
17                                                 Attorneys for Defendants
                                                   HYATT CORPORATION dba
18                                                 HYATT REGENCY MAUI RESORT &
                                                   SPA and MAUI BOAT CO.

19

20

21

22      **IT IS SO ORDERED.**

23      The expert disclosure date is:               2/18/2011

24      The supplemental expert disclosure date is:  2/25/2011

25      The discovery cutoff date is:                 3/31/2011

26      The dispositive motion filing deadline is:    5/4/2011

27      The dispositive motion hearing date is:       6/1/2011 at 9:30 a.m.

28      The joint pretrial statement date is:         7/8/2011

1      The final pretrial conference date is:        7/22/2011 at 3:00 p.m.

2      The jury trial date is:                       8/29/2011 at 9:00 a.m.

3

4   Dated: 12/3/2010                                  /s/ John A. Mendez
                                                      Hon. John A. Mendez
5                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO REVISE SCHEDULING ORDER
Case No.2:09-cv-00161-JAM-DAD; Our File No. 8002.47                                    - 4 -