1  PETER A. LINDH  (061907)
   MARKER E. LOVELL, JR. (208659)
2  CHELSEA D. YUAN (240559)
   GIBSON ROBB & LINDH LLP
3  201 Mission Street, Suite 2700
   San Francisco, California  94105
4  Telephone: (415) 348-6000
   Facsimile:  (415) 348-6001
5  Email: plindh@gibsonrobb.com
          mlovell@gibsonrobb.com
6         cyuan@gibsonrobb.com

7  Attorneys for Defendants
   HYATT CORPORATION dba
8  HYATT REGENCY MAUI RESORT & SPA,
   and MAUI BOAT CO.
9
                   UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11

12 ROSE BALDWIN, MICHAEL BALDWIN, )   Case No.  2:09-cv-00161-JAM-DAD
   SHANDLE T.B. HANKINS and AARON )
13 HANKINS,                       )
                                  )   **STIPULATION TO STAY MATTER AND**
14         Plaintiffs,            )   **AND ORDER OF CONDITIONAL**
                                  )   **SETTLEMENT**
15      v.                        )
                                  )
16 HYATT CORPORATION dba HYATT    )
   REGENCY MAUI RESORT & SPA, a   )
17 Delaware corporation, and MAUI BOAT )
   CO., a Delaware corporation,   )
18                                )
           Defendants             )
19 _____)

20      HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA and MAUI

21 BOAT CO., by and through their counsel of record, Gibson Robb & Lindh LLP, and Plaintiffs

22 ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B. HANKINS and AARON

23 HANKINS, by and through their counsel of record, Andrew E. Bakos & Associates, P.C., hereby

24 enter into the below stipulation regarding stay and conditional settlement.

25      The parties hereby stipulate that they have reached a conditional settlement agreement in

26 this case.  The conditions have yet to be satisfied and therefore the parties agree that this matter

27 should be stayed and all pending motions should be taken off calendar to allow time for the

28 conditions to be satisfied and the case resolved in full.  The parties anticipate that it will take 60-

90 days to satisfy the conditions, which center around Medicare reimbursement and set-aside issues. Defendants' motion for summary judgment and, in the alternative, partial summary judgment, and Defendants' motion to bifurcate are currently set to be heard on August 17, 2011. Plaintiffs' motion for partial summary judgment is set to be heard on August 17, 2011. Oppositions to all three motions are due August 3, 2011.

Based on the foregoing, the parties request that the currently pending action be stayed and all pending motions be taken off calendar and that the Court permit the motions to be re-filed should the settlement conditions fail to be satisfied and the case resolved in full in the next 90 days.

Dated: August 2, 2011                ANDREW E. BAKOS & ASSOCIATES, P.C.


By: S/ ANDREW E. BAKOS. ESQ.
    Andrew E. Bakos, Esq.
    Dennis B. Hill, Esq.
    Attorneys for Claimants
    ROSE BALDWIN, MICHAEL BALDWIN,
    SHANDLE T.B. HANKINS and AARON
    HANKINS

Dated: August 2, 2011                GIBSON ROBB & LINDH LLP


By: S/ MARKER E. LOVELL, JR.
    Marker E. Lovell, Jr.
    Attorneys for Defendants
    HYATT CORPORATION dba
    HYATT REGENCY MAUI RESORT &
    SPA and MAUI BOAT CO.

**IT IS SO ORDERED.**

This matter is hereby stayed pending the conditions to settlement being satisfied and the hearings on Defendants' motion for summary judgment or, in the alternative, partial summary judgment; Defendants' motion to bifurcate; and Plaintiffs' motion for partial summary judgment currently set for August 17, 2011, are off

/ / /

1  calendar.  The parties may re-file their motions if the settlement is not finalized.

2

3  Dated: August 3, 2011                                /s/ John A. Mendez
   Hon. John A. Mendez
   United States District Court Judge