1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11  ROSE BALDWIN, MICHAEL BALDWIN,    ) Case No. 2:09-cv-00161-JAM-DAD
12  SHANDLE T.B. HANKINS and AARON    )
    HANKINS,                          )
13                                    ) [PROPOSED] ORDER TO SEAL
                                      ) DOCUMENTS
14        Plaintiffs,                 )
                                      )
15        v.                          )
                                      )
16  HYATT CORPORATION dba HYATT       )
    REGENCY MAUI RESORT & SPA, a      )
17  Delaware corporation, and MAUI BOAT CO., )
18  a Delaware corporation,           )
                                      )
19        Defendants                  )

20
21        The motion of Plaintiffs ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B.
22  HANKINS and AARON HANKINS (collectively "Plaintiffs") for an order to seal Plaintiffs'
23  motion to enforce the parties' confidential settlement agreement and to confirm compliance with
24  the Medicare Secondary Payer Act and all related documents has been considered by this Court.
25  ///
26  ///
27  ///
28

[PROPOSED] ORDER TO SEAL DOCUMENTS                                                        - 1 -
Case No. 2:09-cv-00161-JAM-DAD

1  Having read the request to seal the documents and all papers submitted by the parties,
2  IT IS ORDERED THAT:
3  The motion of Plaintiffs ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B.
4  HANKINS and AARON HANKINS (collectively "Plaintiffs") for an order to seal Plaintiffs'
5  motion to enforce the parties' confidential settlement agreement and to confirm compliance with
6  the Medicare Secondary Payer Act and all related documents is GRANTED.  Plaintiffs' motion
7  to enforce the confidential written settlement agreement and to confirm compliance with the
8  Medicare Secondary Payer Act and all related documents shall be filed under seal.

Dated: October 4, 2011

Hon. John A. Mendez
United States District Court Judge